

**EDSON A. BOSTIC**
FEDERAL PUBLIC DEFENDER

May 20, 2016

Michael Gans, Clerk
US Court of Appeals for the 8th Circuit
111 South 10th Street Room 24.329
St. Louis, MO 63102

Dear Mr. Gans:

Please accept for filing the enclosed Application for Authorization to File a Successive Motion Under 28 U.S.C. § 2255, on behalf of Mr. Paul.

Respectfully,

Karl Schwartz
Assistant Federal Public Defender

RECEIVED

MAY 2 3 2016

U.S. COURT OF APPEALS
EIGHTH CIRCUIT