# United States Court of Appeals

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 25, 2016

Mr. Steven Northup Snyder Sr.
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901

RE:  16-2330  Jeffery Paul v. United States

Dear Counsel:

An application for permission to file a successive habeas has been filed and assigned the caption and case number shown above.  A copy of the application is attached.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**Your response to the application is due within fourteen days of your receipt of this letter.** Please serve a copy of your response on petitioner. Further information about the court's procedures in successive habeas proceedings is contained in Eighth Circuit Rule 22B "Second or Successive Habeas Corpus and Section 2255 Proceedings."

Upon receipt of your response, the matter will be referred to the court for a ruling.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc:     Mr. Karl Schwartz

**Caption For Case Number:   16-2330**

Jeffery William Paul

       Petitioner

v.

United States of America

       Respondent

**Addresses For Case Participants:   16-2330**

Mr. Steven Northup Snyder Sr.
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901

Mr. Karl Schwartz
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
800 King Street
Wilmington, DE  19801