# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2330

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition

_____

## ORDER

IT IS ORDERED that the Federal Public Defender for the District of Delaware is

hereby appointed to represent (or to continue to represent) the above named appellant in all

matters pertaining to this action before this Court.

May 25, 2016

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans