JEFFERY WILLIAM PAUL    )
       Petitioner  )
          )
v.           )   No.  16-2330
           )
UNITED STATES OF AMERICA  )
       Respondent )

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE RESPONSE

Comes now the United States of America, by and through Kenneth Elser, United States Attorney for the Western District of Arkansas, and the undersigned Assistant United States Attorney, and for its motion filed herein, states:

1. On May 25, 2016, the petitioner filed his Petition for Permission to file a Successive Habeas Petition and according to Eighth Circuit Local Rule 22B(c), the United States' response is due on June 9, 2016.

2. The Petition involves issues which occurred during the course of a criminal trial in which the Petitioner received the death penalty in 1997.  In order to respond to the Petition, counsel for the United States will need to obtain and review the trial transcript and additional documents.

3. Counsel for the United States was under the mistaken impression that he would be notified of when the United States' response should be filed.

4. That good cause exists in this case due to the issues involved, the time that has elapsed since the trial of the capital case, and the need to locate the trial file and transcript.  Thus, counsel is requesting an extension of time with a filing deadline of no later than July 11, 2016.

5.      This request for an extension of time is not for purposes of unnecessary delay, but is in the best interest of justice so that the Response of the United States is properly researched, prepared and submitted.

6.      Counsel for the United States has consulted with counsel for the Petitioner and he has no objection to the extension.

> KENNETH ELSER
> UNITED STATES ATTORNEY
>
>
> By: *Mark W. Webb*
>
>       Mark W. Webb
> Assistant U. S. Attorney
> Ark. Bar Number 77141
> 414 Parker Avenue
> Ft. Smith, AR  72901
> Phone:  (479) 783-5125
> Fax:  (479) 441-0569
> Email:  mark.webb@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I, Mark W. Webb, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on June 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Karl Schwartz
Assistant Federal Public Defender
Attorney for Petitioner

> */s/ Mark W. Webb*
> _____
> Mark W. Webb