Jeffery William Paul ( PRO-SE )
        Petitioner

        VS.                    ,    Case No#16-2330 -DEATH SENTENCE-
                                    T.28-CH.153-§2241-2255-"HABEAS CORPUS"

The United States of America

        Respondant


- - - - - - - - - - -


HABEAS CORPUS-CAPITAL CASE- (Uncounseled Correspondence)-

- - - - - - - - - - -

* Motion in Amicus for MANDAMUS to REMAND(&)Expedite for a
NEW TRIAL under The Statutory Language,describing minimum
relief available for PRIMA FACIE-cause of action in Petition
for redress of a FUNDAMENTAL MISCARRIAGE OF JUSTICE -

 Comes now The Petitioner in The abovestyled Pleading does
hereby Rule 7-FRCP-move this court to order The Court of Custody
to remand,(&)redress cruel(&)unusual conditions of captivity of
a person whose  transcripts show beyond a reasonable doubt they're
being illegally detained -

 Summary -

 This petitioner was convicted in 1997(&)sentenced to death byway
of a conviction for A&A MURDER-under The Anti Terror(&)Effective
Death Penalty Act(1996)-

 Despite the fact that this petitioner repeatedly claimed to be
innocent,(&)had been found NOT-GUILTY of CONSPIRACY to commit
ARMED ROBBERY(&)MURDER with the perpetrator of this crime,(&)had
informed my Trial Attorney that I intended to present a Defense
showing that I was innocent...trial counsel had been told that my
codefendants trial had established the facts of my case(&)that

RECEIVED

JUL 2 8 2016

U.S. Court of Appea
Eighth Circuit St Paul M

Continued...he could not dispute the facts of the case but would be allowed to present a SENTENCE MITIGATOR,which was the terms of the actual PLEA BARGAIN I denied(&)refused previous to the trial because it required contrition statements(&)admissions of Guilt which I denied...

On direct or other post-conviction appeals The Government had denied the contents of the trial transcripts,(&)The BOP/DOJ had impugned the authenticity of the excerpts I profferred in PRO SE Petitions,which clearly showed violation of my Constitutional rights to trial/defense,(&)the record has since been certified as genuine(&)qualifies as compelling cause of action to vacate under the statutory language...but the Western District of Arkansas declined to process in a blatant violation of my right to equitable relief...which also incited The Court of Custody,who assumed jurisdiction,to not forthrightly grant the minimum relief on remand(&) instead call into question the facts...

Although I have no reason to believe the Court of custody did not assume jurisdiction in GOOD FAITH,the sentencing Courts refusal to process despite the PROVEN record in proffer showing A FUNDAMENTAL MISCARRIAGE OF JUSTICE would occur,skewed the natural(&)rightful course of events,exposing me to OBSTRUCTION(&)exacerbating delay of relief of a patently false-conviction...returned byway of MATERIAL-PERJURY,Coerced hearsay(&)omitted EYEWITNESS Testimony...

This Petitioner does HUMBLY request a ORDER to The DISTRICT of The Court of CUSTODY to VACATE(&)REMAND for a NEW TRIAL...DOUBLE Jeopardy would apply...see:Case cite:Paul V.SUPERINTENDENT-no#2:13 cv 304-(WTL/MJD)-JUDGES- SD/IN-

Respectfully Submitted,

*Jeffery W. Paul

Jeffery William Paul(Pro Se)
Rg#10517-042

Done this day
-(7/22 /2016)-

Appellate Case: 16-2330    Page: 2    Date Filed: 07/28/2016 Entry ID: 4431688  RESTRICTED/SEALED

PETITIONER-
Jeffery William Paul(PRO SE)
Rg#10517042
SCU/USP Terre Haute,IN.
P:O.BOX 33
Terre Haute,IN.
47808-0033


Attorney of Record
Leigh Skipper
Federal Defender of PA.
Curtis Center,Suite 540 West
601 Walnut St.
Philadelphia,PA.
19106

Ph#215.928.1100
Fax#215.928.0826
Email:leig_skipper@fd.org


Certificate of service,I Jeffery W.Paul do swear that a true
(&)correct copy of this uncounseled correspondence was placed in
The US Postal service via The US B.O.P.,institutional mailbox-(7/22/16)-

Appellate Case: 16-2330     Page: 4     Date Filed: 07/28/2016 Entry ID: 4431688 RESTRICTED/SEALED

Jeffery W.Paul
Rg#10517-042
USP Terre Haute,IN.
P.O.Box 33
Terre Haute,IN.
          47808-0033


Legal Mail-

URGENT!!!

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460

25 JUL 2016  PM 7 L

InRem:Paul V.U.S.A.(No#16-2330)
CAPITAL-HABEAS CORPUS-
C/O The Court Clerk
The 8th Circuit Court of Appeals
Warren E.Burger Federal Building
316 North Robert Street,Room 500
St.Paul,MN.
          55101

Legal Mail-

URGENT!!!

55101-146099

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

2016
By_____

Sealed: 7/22/16

Appellate Case: 16-2330    Page: 5    Date Filed: 07/28/2016 Entry ID: 4431688  RESTRICTED/SEALED