16-2330  Jeffery Paul v. United States

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 07/28/2016

**Case Name:**    Jeffery Paul v. United States
**Case Number:**  16-2330

**Docket Text:**
MOTION to Vacate & Remand for New Trial, filed by Petitioner Mr. Jeffery William Paul w/service 08/01/2016. [4432460] [16-2330]

**The following document(s) are associated with this transaction:**
Document Description:  Prose Motion

**Notice will be mailed to:**

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808-0000

**Notice will be electronically mailed to:**

Mr. Karl Schwartz: Karl_Schwartz@fd.org,
DJ_Siegel@fd.org,Jenny_Osborne@fd.org,Oliver_Loewy@fd.org
Mr. Steven Northup Snyder Sr.: steve.snyder@usdoj.gov,
janie.slader@usdoj.gov,Kathleen.D.Hogan@usdoj.gov,CaseView.ECF@usdoj.gov
Mr. Mark W. Webb: mark.webb@usdoj.gov,
cindy.mckinney@usdoj.gov,Karen.S.Gentry@usdoj.gov,Janie.Slader@usdoj.gov