# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 16-2330

———————————

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:13-cv-06014-JLH)
(6:96-cr-60022-TLB-1)

_____

**JUDGMENT**

Before COLLOTON, BEAM and BENTON, Circuit Judges.

Jeffrey William Paul's motion for authorization to file a second or successive motion

under 28 U.S.C. § 2255 has been considered and is denied. *See United States v. Prickett*,

No. 15-3486, 2016 WL 4010515, at *1 (8th Cir. July 27, 2016) (holding that 18 U.S.C. §

924(c)(3)(B) is not unconstitutionally vague); *Donnell v. United States*, No. 15-2581,

2016 WL 3383831 (8th Cir. June 20, 2016).

August 05, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans